# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*In re*: David A. Riggi,
Attorney at Law, Bar No. 4727

Case No. 2:25-ms-00004-APG

**ORDER OF SUSPENSION**

Attorney David A. Riggi, State Bar No. 4727, was suspended by the Supreme Court of Nevada on January 16, 2025. On January 21, 2025, I ordered Mr. Riggi to show cause why this court should not impose reciprocal discipline and suspend him. ECF No. 1. That order was mailed via certified mail. However, the order was returned from the United States Postal Service marked "Return to Sender-Not Deliverable as Addressed-Unable to Forward." Regardless, the order provided Mr. Riggi with 30 days to respond with reasons why he should not be suspended. No response has been received. Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that David A. Riggi, Bar No. 4727, is suspended from practice in United States District Court for the District of Nevada.

DATED THIS 7th Day of March 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 7th day of March 2025, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> David A. Riggi
> 7900 W. Sahara Ave., Ste. 100
> Las Vegas, NV 89117


> Certified Mail No.: 7020 3160 0000 7420 2305


> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada

2