# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*In re*: David A. Riggi
Attorney at Law, Bar No. 4727

Case No.: 2:25-ms-0004-APG

ORDER GRANTING MOTION FOR REINSATEMENT

[ECF No. 9]

     This is an attorney discipline matter. David Riggi was disciplined by the Supreme Court of Nevada on January 16, 2025. On January 21, 2025, I ordered Mr. Riggi to show cause why this court should not impose reciprocal discipline and suspend him. ECF No. 1. That order was returned from the United States Postal Service marked "Return to Sender-Not Deliverable as Addressed-Unable to Forward." ECF No. 3. Mr. Riggi did not respond to my order within the 30 days I allowed him. Thus, I suspended him from practicing law in this court. ECF No. 4.

     Mr. Riggi now moves to be reinstated, primarily because the State Bar has certified that he is in good standing, and that his discipline was due to him suffering a stroke. ECF No. 9.

     Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." The decision as to whether and under what circumstances the attorney will be reinstated to practice before this court is left to the discretion of the Chief Judge or their designee. *See id.*; *see also* LR IA 11-7(a).

     I will grant the Petition. Mr. Riggi has sufficiently demonstrated that the events giving rise to his discipline were due to a stroke he suffered. Thus, those events should not repeat themselves. In addition, he is in good standing with the State Bar of Nevada. Should that change however (e.g., if he violates any conditions imposed upon his practice), he may be suspended or disbarred by this court in the future.

I therefore order that Mr. Riggi's motion for reinstatement (ECF No. 9) is granted and he is reinstated to practice in United States District Court for the District of Nevada.

DATED this 12th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE